UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 22-32-DLB

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.              **UNITED STATES'S SENTENCING MEMORANDUM**

HARRY GILBERT FORGUE, III                                                              DEFENDANT

\* \* \* \* \*

Pursuant to the Court's Order [R. 19: Order], the United States submits the following Sentencing Memorandum. As set forth more fully below, a sentence of 420 months is sufficient, but not greater than necessary, to achieve the statutory goals of sentencing.

I. Factual Background and Procedural History

The horror that was occurring in the Defendant's household was exposed in April 2020, when the Defendant's adopted son (A.F.) confided in his girlfriend that the Defendant was abusing him. Eight boys were living with the Defendant at the time; some were being fostered, and one had been adopted, by the Defendant. All of the children (who ranged in age from 6 to 17 years old) were interviewed, and some disclosed varying degrees of abuse.

Boone County Sheriff's Office executed a search warrant at the Defendant's Florence residence and seized his cell phone. A search of that phone revealed a trove of

digital evidence that not only confirmed the initial report of sexual abuse, but also the production of child pornography. The Defendant was a prolific producer and trader of child pornography, using it as a thing of value. He produced it using his adopted son (A.F.) and he solicited it from others, including another minor (Y.A.).

II.    Unresolved Objections to the Presentence Investigation Report (PSR)

There are no objections to the PSR.

III.    Recommended Sentence

When imposing a sentence in this case, and any other criminal case, the Court must select a sentence that is "sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of [section 3553(a)(2)]." 18 U.S.C. § 3553(a). In doing so, the Court must consider the following, non-exhaustive factors: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with needed training, care, or treatment; (3) the guideline range (which in this case is 360–720 months); and (4) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. *See* 18 U.S.C. § 3553(a).

A sentence of 420 months would satisfy the foregoing factors. The Defendant used his position as a foster/adopted parent to groom and abuse minor boys who were entrusted to his care. Inexplicably, he also impersonated his adopted son online to

"catfish" others, including at least one minor. In order to cultivate, maintain, and further his online façade, the Defendant enticed and used his adopted son to produce child pornography, which he then sent to others. That paved the way for the Defendant to solicit pornography in return, which he did – in graphic detail – from several individuals, including a minor from Mason, Ohio.

The nature and circumstances of the Defendant's offenses are horrific. The seriousness of the offense(s) is, likewise, incalculable. The Defendant victimized multiple minors, one of whom he maintained a position of trust over (which he repeatedly betrayed). The Defendant exploited these minors online and in person, culminating in illicit sexual contact.

For all these reasons, and to provide just punishment, afford adequate deterrence, and protect the public, a Guideline sentence is necessary. The United States respectfully requests a sentence of 420 months, 144 months of which will run concurrent with the Defendant's undischarged term of imprisonment.

    Respectfully submitted,

    CARLTON S. SHIER, IV
    UNITED STATES ATTORNEY

By:   /s/ Elaine K. Leonhard
    Assistant United States Attorney
    207 Grandview Drive, Suite 400
    Ft. Mitchell, Kentucky 41017
    (859) 655-3200
    FAX (859) 655-3212
    Elaine.K.Leonhard@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I filed the foregoing using the CM/ECF system, which will automatically send a notice of electronic filing to the following:

James Stephen Smith
*Attorney for Harry Gilbert Forgue, III*

/s/ Elaine K. Leonhard
Assistant United States Attorney